Slip Op. 18-149

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HEZE HUAYI CHEMICAL CO., LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>  Defendant.<br><br>CLEARON CORP. AND OCCIDENTAL CHEMICAL CORPORATION,<br><br>  Defendant-Intervenors | Before: Jane A. Restani, Judge<br><br>Court No. 15-00027 |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation having rendered a decision herein; now therefore, in conformity with said decision it is hereby

ORDERED, ADJUDGED, and DECREED that the <u>Final Results of Redetermination Pursuant to Court Remand</u>, Ct. No. 15-00027, Doc. No. 84, by the United States Department of Commerce are **SUSTAINED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jane A. Restani  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jane A. Restani, Judge

Dated: October 24, 2018  
　　　New York, New York